# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161642(72)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RAKESH NAYYAR, Personal Representative
of the ESTATE OF BIMLA NAYYAR,
      Plaintiff-Appellant,

v

SC: 161642
COA: 343676
Wayne CC: 13-009819-NH

OAKWOOD HEALTHCARE, INC., doing
business as OAKWOOD HOSPITAL &
MEDICAL CENTER,
      Defendant-Appellee.
_____/

     On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply submitted on September 29, 2020, is accepted as timely filed.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2020

Clerk